604 A.2d 1024

**Mary Ann CRABTREE, Appellant,**

v.

**CALIFORNIA UNIVERSITY OF PENNSYLVANIA.**

Supreme Court of Pennsylvania.

Argued March 13, 1992.

Decided April 16, 1992.

Frank A. Conte, Frank A. Conte, P.C., Washington, for appellant.

Jack E. Solomon, Linda J. McClellan, Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM:

Order affirmed.

LARSEN, J., dissents.